**STATE of Missouri, Respondent,**

**v.**

**Larry D. CROCKETT, Appellant.**

**No. WD 36948.**

Missouri Court of Appeals,
Western District.

March 18, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1986.

Dwight K. Scroggins, Jr., Asst. Public Defender, St. Joseph, for appellant.

Keith Marquart, Asst. Pros. Atty., St. Joseph, for respondent.

Before CLARK, C.J., and SHANGLER and KENNEDY, JJ.

### ORDER

PER CURIAM.

Larry D. Crockett appeals from jury trial convictions for Driving While Intoxicated, § 577.010, RSMo.Supp.1984 and Driving While Revoked, § 302.321, RSMo.Supp. 1984 and sentences of two months and four

**STATE of Missouri, Respondent,**

**v.**

**Franklin L. TETER, Appellant.**

**No. WD 37382.**

Missouri Court of Appeals,
Western District.

March 18, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 24, 1986.

Thomas J. Marshall, Public Defender's Office, Moberly, for appellant.

Michael Lyons Midyett, Keytesville, for respondent.

Before DIXON, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from a jury conviction for assault, third degree, in violation of § 565.070, RSMo 1978, and property damage, third degree, in violation of § 569.120, RSMo 1978.

Judgment affirmed. Rule 30.25(b).